EDWARD W. S. JOHNSTON, as Executor of and Trustee under
the Will of JOSEPH HUGHES, Deceased, Respondent, v.
MARTIN T. GARVEY, Appellant.

Reported below, 139 App. Div. 659.
(Argued September 26, 1910; decided October 4, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial

department, entered July 19, 1910, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to compel specific performance of a contract to purchase real property.

The motion was made upon the grounds that the affirmance by the Appellate Division was unanimous and that the record presented no exceptions which could be reviewed by the Court of Appeals.

*Benjamin E. Messler* for motion.

*Joseph G. Engel* and *Isaac V. Schavrien* opposed.

Motion denied, with ten dollars costs.